# COMPLAINT

### (for non-prisoner filers without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED

2019 JUL -8 P 12: 00

STEPHEN C. DRIES
CLERK

(Full name of plaintiff(s))

Debra Lee Huzjak

_____

_____

v.

(Full name of defendant(s))

ACS Guardianship Services
State of Wisconsin
Department of Aging
Ryan Wilkes - caseworker/Investigator
Saint Francis Hospital
Ascension Health Care
Judge Murray
State of Wisconsin Probate Court

Case Number:

**19-C-0969**

(to be supplied by Clerk of Court)

## A.   PARTIES

1.   Plaintiff is a citizen of ___Wisconsin___ and resides at
(State)

3615 W. National Ave. Apt. #27
(Address)

(If more than one plaintiff is filing, use another piece of paper.)

2.   Defendant ANS Guardianship Services
(Name)

is (if a person or private corporation) a citizen of United Stat Wisconsin

3. Defendent

State of Wisconsin
Department of Aging
1200 W. Uliet St. Suite 300
Milw., WI 53233

Ryan Willkes
Dept. of Aging Investigator
Social Worker

Mr. Wilkes is a citizen of
the United States and works/
resides
At 1220 W. Uliet Street
and worked for the
Wisconsin Department of Aging.

Eastshore Steve Peters Brid
Corporation Properties is a
of the United States
and resides At 3712 W. National
Ave and worked for
Brian and Rachael Baisile
Steve Peters
Tony Peters

(State, if known)

and (if a person) resides at  *1550 S. 108th Street*

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for  *State of Wisconsin*
*Norma Huzjak (ward) - my mother*

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.  STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.    Who violated your rights;
2.    What each defendant did;
3.    When they did it;
4.    Where it happened; and
5.    Why they did it, if you know.

On June 5, 2019, the department of aging contacted Eastshore Properties Steve Peters and other authorities. They entered my home and took my mother Norma Huzjak to St. Francis Hospital under a ch.55 hold. Kathy Berlin, Krystal Rothes & Billie Berlin contacted Ryan Wilkes (State of WI dept. of Aging). These individuals called on me — Debra Huzjak in retaliation because I did not give them money or condone their activities. There had been numerous threats against

my mother and myself to respond to their demands or have some life altering events to occur.

These occurances had been going on for A long time. I (Debra) have taken care of Norma Huzjak for many years. (I did not receive caretaker wages or any welfare) At all. I tried to talk to Eastshore Properties (Steve Peters) about these matters since 2018 & 2019. MAytoJune Utter neglience is All that I was met with. He ignored my requests and did not do repairs, upkeep health & saFety codes. This occurred at 3615 w. National Ave. APt. #27 milw., wI. Eastshore Properties just keep taking money & being an absentee landlord. I Fedred for Norma's saFety & health. mr. Peters talked about subjects he should not have & violated my mother's rights.

The Dept. of Aging - Ryan Wilkes

wrote up a Report of the condition of the Apartment mold, infestation of Bugs, the Bathroom Floor is almost caved in to the 1st Floor Apt. # 13.

I was at work. Janet Ramos my friend stayed with mother, (Norma is combative - so I could not get home health care hired by an agency).

The Paramedics took Norma to St. Francis Ascension hospital at S. 16th Street. She was put under a ch. 55 hold. She was administered medical care - drugs that affected her heart greatly.

Because of religious convictions she wished to pass away at home. Norma did want to be

① resuscitated
② drugged     or ④ pass away at a
③ surgery     home/hospice.
nursing

I was not given any information when I got home. I found her because a person overheard the paramedic say where they were going.

St. Francis Ascension did not allow me to do anything for her because of the ch. 55. hold.

I was told that a hearing was to be held at State of W.I. Probate court Rm. 208 Judge Connors

I was sent no notice of such. The hearing was held here instead of Behavioral science center on water plank Rodd.

The hearing was held on Thursday Jun 27, 2019 at 9:30 A.M.

My mother Rollie Hanson came with me. I paid him. I could not get any representation from Disability Rights, Legal Aide, SeniorLaw, Lagenman's Law Clinic, etc..

Mr. Hansen did not prepare me for court at all. The process was sped up and ACS Guardianship Services was given temporary guardianship of Naoma Huzsak. My power of Attorney for Finances and Health care was revoked.

(Mr. wilkes) I requested a copy of the Dept. of Aging report to be able to go to the authorities about Eastshore Properties neglience in the condition of the apt. and because my mother was Attacked on the premises at 3615 West National Ave. She was hit in the head - this helped to accelerate her degenerative - brain condition severely. she was hurt bad in 2018 by Billie Berlin, in Apt. #2 - he lives. He has struck me numerous times. I could not call the police. I went to the 2nd district on 2nd & Lincoln to report this -

Billy Berlin / Katie Berlin threatened me physcially on the premises on June 18, 2019.

I have made requests for my mother's medical records, etc. I was told they were sealed. These are violations of the Freedom of Information Act. after I was taken from St. Francis Hospital. I do not know

where she is.

from I have a case worker IMPACT 211 mary Lockwood make these requests on her phone. She was refused presently because the records are sealed.

In addition, Judge Murray State of Wisconsin probate court did not let me talk on inquiry about matters thoroughly. He refused my requests for information of the whereabouts of my mother Norma Huzjak.

In addition, my brother Gregory Huzjak could be possibly named as an alternate power of attorney for Norma. I do not know his exact whereabouts.

There is a hearing for the Final Guardianship on Aug. 1, 2019 RM 2018 at 10:30 A.M.

I am objecting to this I filed this last week on Tues. July 2, 2019.

ACS has not given me any decree, letters to where my mother can be found or any notification at all.

I am against her being put in Family Care in a nursing home.

## C. JURISDICTION

☑ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $ _____.

## D. RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

The relief I seek is Release of information where my mother is, her medical condition the report of verification about the condition of my living premises at 3615 w national Ave APt #2 so I can correlate this to proper agencies about the living conditions & crime rapent here.

I need to have my mother with myself or my brother AS P.O.A, Finances/healthcare if possible Above all, we need to let NORMA HuzJAK pass Away with dignity, in her best interests & not be put in any more pain. She is 88 yrs. old. I need some help to prosecute East shore properties

Case 2:19-cv-00969-JPS    Filed 07/08/19    Page 8 of 9    Document 1

Complaint – 4

E. JURY DEMAND

I want a jury to hear my case.

☐ – YES          ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this _____ *8th* day of _____ *July* 20 *19*.

Respectfully Submitted,

_____ *Debra Huzzak* _____
Signature of Plaintiff

_____ *n/a* _____
Plaintiff's Telephone Number

_____
Plaintiff's Email Address

_____
*APt # 27*
*3615 W. National Ave. milw, WI 53215*
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

☑ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint – 5